UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS AGUILAR,<br>        Plaintiff,<br> -against-<br>OSWALD HOME IMPROVEMENT INC., A&L HOME IMPROVEMENT INC., OSWALD WILLIAMSON and ALTON WILLIAMSON,<br>        Defendants. | Civil Action No. 22-7152-CLP<br><br>**STIPULATION OF DISMISSAL** |

 **WHEREAS,** Plaintiff CARLOS AGUILAR ("Plaintiff") filed the above-captioned action against defendants OSWALD HOME IMPROVEMENT INC., A&L HOME IMPROVEMENT INC., OSWALD WILLIAMSON and ALTON WILLIAMSON ("Defendants") in the above-captioned case (Defendants and together with Plaintiffs, the "Parties"); and

 **WHEREAS,** the Court has reviewed the parties' agreement and found that it is a fair and reasonable compromise of plaintiff's claims and thereby approved the settlement; and

 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs and Defendants, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that all claims asserted against Defendants in this action are dismissed with prejudice, with no further award of counsel fees or costs by this Court to any party, and that this Court shall retain jurisdiction to enforce the terms of the Agreement.

| | |
|---|---|
| **HARRISON HARRISON & ASSOCIATES, LTD**<br>By: ___/s/ David Harrison_____<br> David Harrison, Esq.<br> 110 Highway 35, Suite 10<br> Red Bank, NJ 07701<br> Telephone: (718) 799-9111<br> *Attorneys for Plaintiffs* | **Law Offices of Mitchell Segal, PC**<br><br>By: _/s/ Mitchell Segal_____<br> Mitchell Segal, Esq.<br> 1129 Northern Blvd., Ste 404<br> Manhasset, New York 11030<br> Telephone: (516) 415-0100<br> *Attorneys for Defendants* |

SO ORDERED.

Dated: New York, New York
      September    5 , 2023

/s/ Cheryl L. Pollak

Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York